NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1039

WING SHING PRODUCTS (BVI) CO. LTD.,

Plaintiff-Appellant,

v.

SUNBEAM PRODUCTS, INC.,

Defendant-Appellee,

and

SIMATELEX MANUFACTORY CO., LTD.,

Defendant-Appellee.

William Dunnegan, Dunnegan LLC, of New York, New York, argued for plaintiff-appellant.

Thomas F. Fleming, Kaye Scholer LLP, of New York, New York, argued for defendant-appellee Sunbeam Products, Inc.

Orrin K. Ames, III, Hand Arendall LLC, of Mobile, Alabama, for defendant-appellee Simatelex Manufactory Co., Ltd.

Appealed from:  United States District Court for the Southern District of New York

Judge Richard J. Holwell

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1039

WING SHING PRODUCTS (BVI) CO. LTD.,

Plaintiff-Appellant,

v.

SUNBEAM PRODUCTS, INC.,

Defendant-Appellee,

and

SIMATELEX MANUFACTORY CO., LTD.,

Defendant-Appellee.

# Judgment

ON APPEAL from the        United States District Court for the
                         Southern District of New York

in CASE NO(S).          06-CV-3522.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MAYER, GAJARSA, and MOORE, Circuit Judges )

AFFIRMED.  See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED May 5, 2010              /s/ Jan Horbaly
                              Jan Horbaly, Clerk